UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PENNY WITHERBEE,<br>    Plaintiff, | )<br>)<br>)<br>)    Civil Action No. 2:18-cv-00113-cr<br>) |
| TOWN OF BRATTLEBORO,<br>BRATTLEBORO POLICE<br>DEPARTMENT,<br>PATRICK M. MORELAND,<br>MARK E. CARIGNAN,<br>MICHAEL R. FITZGERALD,<br>and PETER ELWELL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED MOTION TO DISMISS
## AND TO AMEND CASE CAPTION

NOW COME the Parties, Defendants Town of Brattleboro (the "Town"), Brattleboro Police Department, Peter Elwell, and Michael Fitzgerald, by and through their attorneys, Monaghan Safar Ducham PLLC; Defendant Mark E. Carignan, by and through his attorneys, Carroll, Boe & Pell; Defendant Patrick M. Moreland, by and through his attorneys, Cleary, Shahi & Aicher, P.C.; and Plaintiff Penny Witherbee, by and through her attorney, Susan Edwards, Esq., and hereby stipulate and move the Court as follows:

1.    That all claims, including any claim for attorney's fees pursuant to 42 U.S.C. § 1988 or otherwise, against the Defendants Brattleboro Police Department,[1] Peter Elwell, Michael Fitzgerald, Mark E. Carignan, and Patrick M. Moreland shall be dismissed **with prejudice** and that said dismissal shall be without monetary payment, admission, or other consideration on the

---

[1] Plaintiff previously withdrew her claims against the Brattleboro Police Department, and the Court dismissed those claims in the Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss the Amended Complaint. *See* Document 53, p. 2. To avoid any ambiguity, the Parties herein stipulate to the voluntary dismissal, with prejudice, of any such claims against the Brattleboro Police Department.

part of the Defendants Brattleboro Police Department, Peter Elwell, Michael Fitzgerald, Mark E. Carignan, and Patrick M. Moreland.  This voluntary dismissal is made pursuant to F.R.C.P. 41(a).  This Motion is not intended to, and does not, dismiss or affect in any way any of the claims against Defendant Town of Brattleboro.

    2.    That the caption be amended to delete all references to Brattleboro Police Department, Peter Elwell, Michael Fitzgerald, Mark E. Carignan, and Patrick M. Moreland.  Thus, the case caption will read as follows:

**PENNY WITHERBEE,**
**Plaintiff,**
v.

**TOWN OF BRATTLEBORO,**
**Defendant.**

[Signatures on following page.]

DATED:  November 20, 2019

Respectfully submitted,

|  |  |  |  |
|---|---|---|---|
| | TOWN OF BRATTLEBORO<br>BRATTLEBORO POLICE<br>DEPARTMENT<br>MICHAEL R. FITZGERALD<br>PETER ELWELL | | PATRICK M. MORELAND |
| By: | /s/ James F. Conway, III<br>Brian P. Monaghan, Esq.<br>James F. Conway, III, Esq.<br>Monaghan Safar Ducham PLLC<br>156 Battery Street<br>Burlington, VT 05401<br>(802) 660-4735<br>bmonaghan@msdvt.com<br>jconway@msdvt.com | By: | /s/ Kaveh S. Shahi<br>Kaveh S. Shahi, Esq.<br>Cleary, Shahi & Aicher, P.C.<br>110 Merchants Row, P.O. Box 6740<br>Rutland, VT 05702<br>(802) 775-8800<br>kss@clearyshahi.com |
| | MARK E. CARIGNAN | | PENNY WITHERBEE |
| By: | /s/ Constance T. Pell<br>Constance T. Pell, Esq.<br>Carroll Boe & Pell<br>64 Court St.<br>Middlebury, VT 05753<br>(802) 388-6711<br>cpell@64court.com | By: | /s/ Susan Edwards<br>Susan Edwards, Esq.<br>Law Offices of Susan Edwards, Esq.<br>P.O. Box 134 Wells Post Office<br>Wells, VT 05774<br>(914) 715-3632<br>sueedwardsesq@yahoo.com |

**APPROVED and SO ORDERED:**

_____
Honorable Christina Reiss
United States District Court Judge

Date: 11/22/19